NO. 5:02-CR-26-BO1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DAVID WARD MCLEAN, JR. | ) |

The defendant's unopposed Motion for Early Termination of
Supervised Release [DE 67] is allowed.

SO ORDERED.

This the ___ day of May, 2015.

TERRENCE W. BOYLE
United States District Judge